Michael Kane *v.* Borough of Collingdale et al.
Borough of Collingdale et al., Appellants.

Argued April 5, 1984, before Judges CRAIG, BARRY
and PALLADINO, sitting as a panel of three.

*Thomas J. Finarelli,* with him, *Eric A. Weiss,
Liebert, Short, Fitzpatrick & Lavin,* for appellants.

*Alexander A. DiSanti, Richard DiSanti, Hamilton,
Gallagher & Paul,* for appellees.

OPINION BY JUDGE PALLADINO, July 30, 1984:

The Borough of Collingdale (Appellant) appeals
from a final decision of the Court of Common Pleas
of Delaware County which held that the police dis-
ability pension of Michael Kane (Appellee) was not
to be reduced by the amount of his workmen's com-
pensation benefits.

Appellant argues that the governing collective bar-
gaining agreement does not permit a police officer
suffering a service-connected disability to receive full
disability pension benefits in addition to workmen's
compensation. The issue presented in this case is
one of contract interpretation.

234

After a careful review of the record and applicable law, we affirm on the basis of the able and comprehensive opinion of Judge LABRUM of the Court of Common Pleas of Delaware County, *Michael P. Kane v. Borough of Collingdale, et al.,* 29 Pa. D. & C. 3d 668 (1982).

ORDER

AND Now, July 30, 1984, the opinion and order of the Court of Common Pleas of Delaware County at No. 80-6379 is affirmed.